[No. 30549-0-III.   Division Three.   March 28, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. DAWES MICHAEL MARLATT, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 10-1-01636-9, Salvatore F. Cozza, J., entered January 10, 2012. *Reversed* and *remanded with instructions* by unpublished opinion per Kulik, J., concurred in by Siddoway, A.C.J., and Brown, J.

[No. 67409-9-I.   Division One.   April 1, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. RAYMEL JABAR CURRY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 10-1-08888-8, Richard D. Eadie, J., entered June 20, 2011. *Affirmed* by unpublished opinion per Leach, C.J., concurred in by Cox and Verellen, JJ.

[No. 67475-7-I.   Division One.   April 1, 2013.]

THE ESTATE OF ZINA LINNIK ET AL., *Appellants*, v. THE DEPARTMENT OF CORRECTIONS ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 10-2-13757-2, J. Wesley Saint Clair, J., entered July 21, 2011. *Affirmed* by unpublished opinion per Cox, J., concurred in by Appelwick and Schindler, JJ.

[No. 67518-4-I.   Division One.   April 1, 2013.]

SABRINA RASMUSSEN, *Appellant*, v. THE DEPARTMENT OF CORRECTIONS, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 10-2-30307-3, Regina S. Cahan, J., entered August 1, 2011. *Affirmed* by unpublished opinion per Schindler, J., concurred in by Cox and Appelwick, JJ.